**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

# MEMO ENDORSED

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/29/2020

**VIA ECF AND EMAIL**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    **United States v. Tom Shin**
       **18 Cr. 577 (VEC)**

Dear Judge Caproni,

    I write to request that the Court hold in abeyance the motion for compassionate release, pursuant to 18 U.S.C. § 3582(c), filed on May 14,  2020, and today's filing deadline for the Government's response.

    The Government has been in communication with Mr. Shin's case manager and reentry staff at FCI Fort Dix and is informed that the facility intends to release Mr. Shin to home confinement on June 18, 2020, pursuant to the CARES Act and 18 U.S.C. § 3624(c)(2), following a 14 day quarantine at the facility.  Assuming Mr. Shin is released on that date, he will no longer require judicial intervention.

    The parties will provide an update to the Court on the scheduled release date.

Application GRANTED.
SO ORDERED.

*[signature]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
                    5/29/2020

Respectfully submitted,

*/s/ Amy Gallicchio*

_____

Amy Gallicchio
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8728/ 917-612-3274

Cc:    AUSA Brett Kalikow