**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

**MEMO ENDORSED**

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

June 24, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2020

    Re:    **United States v. Tom Shin**
            **18 Cr. 577 (VEC)**

Dear Judge Caproni,

    I write to inform the Court that, pursuant to the CARES Act, Mr. Shin was released to home confinement by the Bureau of Prisons on June 23, 2020. As such, Mr. Shin no longer requires judicial intervention and, respectfully, moves to withdraw his motion for compassionate release, pursuant to 18 U.S.C. § 3582(c), filed on May 14, 2020.

Application GRANTED. The Clerk of Court is respectfully directed to close the open motions at docket entries 40 and 47.

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, NY 10007
212-417-8728/ 917-612-3274

SO ORDERED.

*[signature: Valerie Caproni]*

6/24/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

    Cc:    AUSA Brett Kalikow