USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA,  :
　　　　　　　　　　　　　　　　　:
　　　　-against-　　　　　　　　　: 　　18-CR-577 (VEC)
　　　　　　　　　　　　　　　　　:
TOM SHIN,　　　　　　　　　　　　: 　　ORDER
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　Defendant.　:
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS oral argument on the Government's motion for a turnover order is scheduled for July 21, 2021 at 11:00 a.m.;

　　IT IS HEREBY ORDERED THAT: Mr. Shin must appear at oral argument on July 21, 2021. No later than **July 16, 2021**, Mr. Shin must submit a letter indicating the current status of his law school applications, including any law schools to which he has been admitted.

**SO ORDERED.**

Date: July 12, 2021　　　　　　　　　　　　　　　_____
　　　New York, NY　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**