```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,                :
                                         :
            -against-                    :        18-CR-577 (VEC)
                                         :
TOM SHIN,                                :        ORDER
                                         :
                        Defendant.       :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 4, 2021, the Government filed a motion for a turnover order (Dkt. 51);

WHEREAS on July 21, 2021, the parties appeared for oral argument;

IT IS HEREBY ORDERED THAT:

1. For the reasons stated at oral argument, the Government's motion is STAYED until **August 20, 2021**. If Mr. Shin does not voluntarily pay the entire amount of restitution due within the next 30 days, the Government's motion will be granted.

2. No later than **August 16, 2021**, the parties are directed to submit a joint status letter.

3. The Court will separately file an amended Judgment to make clear that the entire restitution amount is due and payable and that the Court is imposing as a special condition of supervised release that Mr. Shin can incur no additional debt, other than debt the proceeds of which will be used to pay his restitution obligation, until the restitution judgment is paid in full.

**SO ORDERED.**

Date: July 21, 2021
New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**